*In re* NOMBRAMIENTO DE LA JUNTA REVISORA DE LAS ACTIVIDADES DEL COLEGIO DE ABOGADOS.

*Número:* ————     *Resuelto:* 25 de junio de 1993

## RESOLUCIÓN

A tenor con nuestro Reglamento sobre el Uso de Fondos del Colegio de Abogados Provenientes de Cuotas y Venta de Estampillas, se constituye la Junta Revisora de las Actividades del Colegio de Abogados por los términos que más adelante señalamos y de la manera siguiente:

1. Lcdo. Peter Ortiz—Presidente 3 años
2. Lcda. Carmen Sonia Zayas—2 años
3. Lcdo. Aldo Segurola—1 año

*Miembros Suplentes*:

1. Hon. Lolita Miranda
2. Lcdo. José F. Rodríguez Rivera

Este Comité funcionará de acuerdo con las disposiciones expresadas en dicho Reglamento.

Notifique el señor Secretario del Tribunal copia de la presente Resolución a las personas designadas.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*